**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOHN DOUGLAS BITTING, IV,

                Petitioner

         v.

LISA MARIE BITTING AND BRANDON
LEE BITTING,

               Respondents

: No. 460 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.